**1142**

NATIONAL CONTRACTING CO., Appellant, v. NIAGARA FALLS POWER CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by the National Contracting Company against the Niagara Falls Power Company. L. L. Kellogg, for appellant. W. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NILES, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Elizabeth Niles against Hawley Miller. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Thomas J. O'Brien against the Metropolitan Street Railway Company. B. H. Ames, for appellant. F. H. Sanborn, for respondent. No opinion. Judgment and order affirmed, with costs.

O'DONNELL, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Matthew J. O'Donnell against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. *Held*, that the question of defendant's negligence, plaintiff's freedom from negligence, and whether the plaintiff at the time of the accident was engaged in the line of his duty, were questions of fact for the jury.

SPRING and STOVER, JJ., dissent.

In re OPENING OF FOSTER AVE. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) In the matter of opening Foster avenue from westerly line of Flatbush avenue to the easterly line of Coney Island avenue, in Twenty-Ninth, Thirtieth, Thirty-First, and Thirty-Second Wards, borough of Brooklyn, city of New York. No opinion. Motion denied.

O'REILLY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Mary A. O'Reilly, as administratrix, etc., of Peter F. O'Reilly, deceased, against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

OSBORN, Respondent, v. CARDEZA et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Judgment affirmed, with costs.

OWENS, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Catherine Owens, as administratrix, against Jenny K. Stafford. E. A. Jones, for appellant. J. Newman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PACKARD, Respondent, v. ELSOHN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Samuel Packard against Levi Elsohn and others. Francis C. Raines, for appellant. Samuel Packard, for respondent.

PER CURIAM. The order of the Special Term granted August 1, 1903, is hereby modified, by striking out that part which refuses to allow the appellant to serve and file exceptions to the report of the referee nunc pro tunc, and by inserting therein that leave to file and serve such exceptions is hereby granted, and, as so modified, affirmed, without costs of this appeal to either party. Said exceptions are to be served and filed within five days after entry of the order herein provided for. That part of the order of the Special Term granted September 5, 1903, which denies the defendant's application for the renewal of the motion for an order to file such exceptions, is stricken out. If the respondent declines to supply the appellant with necessary exhibits, a motion to obtain the same may be made at Special Term. The printed record is to be filed and served on or before the 27th day of February, 1904. The form of the order to be settled by and before SPRING, J., upon two days' notice.

McLENNAN, P. J., not sitting.

PARISH et al. v. PARISH et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Henry Parish and others against Susan D. Parish and others. J. J. Crawford, for appellants. E. C. Parish and G. T. Emmet, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PAYNE CO., Appellant, v. PRATT, Respondent. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by the Payne Company against Richard W. Pratt. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE v. CELIANO. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Proceeding by the people against Rocco Celiano. No opinion. Motion granted.

PEOPLE, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Ewan H. Clark was convicted of grand larceny in the first degree, and he appeals. Affirmed. Max D. Steuer, for appellant. Robert C. Taylor, for the People.

INGRAHAM, J. The same questions are presented in this case as in the case of People v. Putnam (decided herewith) 85 N. Y. Supp. 1056. We therein indicated our reasons for affirming that judgment, and what is there said will apply to this case; there being no substantial difference in the questions presented. For the reasons there stated, the judgment is affirmed. All concur.